Case 14-34111   Doc 11   Filed 10/07/14   Entered 10/08/14 06:58:59   Desc Main
Document      Page 1 of 1

14-34111:4.0:Application for Installment Agreement:Main Document Entered: 9/19/2014 11:35:49 AM by:Charles McMullen Page 2 of 2

**Fill in this information to identify the case:**

| Debtor 1 | _Tina_ | _Louise_ | _Hudson_ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____  District of _____
(State)

Case number (if known)  _14B 34111_

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ]  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[☒]  The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ _110_ | _10-14-11_ Month / day / year |
| $ _100_ | _10-28-11_ Month / day / year |
| $ _100_ | _11-14-14_ Month / day / year |
| + $ _____ | _____ Month / day / year |
| **Total**  $ _310_ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_10-7-14_
Month / day / year

By the court:  _J. Cox  Jacqueline P. Cox_

United States Bankruptcy Judge